IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

HOME RUN, INC.                  :

       Plaintiff(s),        :       Case No. 3:11-cv-356
- vs -
                                              Judge Walter Herbert Rice

CLYDE L. LEWIS, et. al.,        :

                                   :

       Defendant(s).

## ORDER

It is hereby ordered that the above captioned cause be administratively processed.

April 4, 2012

                                                    WALTER HERBERT RICE, JUDGE
                                                    UNITED STATES DISTRICT COURT

AOProcessing/"Case Stayed at request of Plaintiff pending resolution of the case through the United States District Court of Maryland's restitution and civil forfeiture matter."