UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Home Run, Inc. | ) | Case No. 3:11-CV-356 |
| | ) | Judge Walter H. Rice |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Clyde Leroy Lewis, Jr., et. al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT ENTRY

Upon motion of Plaintiff, Home Run, Inc., and upon its Memorandum in Support and attached documents thereto;

**IT IS THEREFORE ORDERED** that the default of Defendant, Clyde Leroy Lewis, Jr., for failure to answer or plead is hereby **GRANTED**.

**JUDGMENT IS HEREBY ENTERED** that Plaintiff Home Run, Inc. recover from Defendant Three Hundred Fifty Five Thousand Dollars ($355,000), plus four percent (4%) interest from 2006 to 2008, and costs.

_____
Judge

3